**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



NOTICE OF REINSTATEMENT AND INTENT TO DISMISS

Appellate case name:     Mario Elliott Young v. The State of Texas

Appellate case number:   01-14-00009-CR

Trial court case number:  69418

Trial court:              239th District Court of Brazoria County

This appeal was previously abated for determination of indigence and appointment of counsel. We are in receipt of a reporter's record and supplemental clerk's record from the abatement hearing. During the hearing, Mario Elliott Young stated he does not wish to pursue this appeal.

This case is reinstated and placed back on our active docket. No formal motion to dismiss is on file. However, the Court has instructed me to inform you that, based on the statements in the record from appellant that he does not wish to pursue this appeal, this case may be dismissed for want of prosecution. If no party responds in writing within 10 days of the date of this notice, this case may be dismissed.

Clerk's signature:  /s/ Christopher A. Prine
                    Clerk of the Court

Date:  June 11, 2014